**Anna Miller, Plaintiff-Appellee, v. Joseph Singer, d/b/a Singer Shoe Store, Defendant-Appellant.**

Gen. No. 49,333.

First District, Second Division.
September 29, 1964.

Jacobs and McKenna, of Chicago (Eugene J. Farrug, Barry L. Kroll, and Charles D. Snewind, of counsel), for appellant; Smith and Munson, of Chicago (Simon Herr, of counsel), for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.